**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Sam Lee Bates,                                          Case No.: 3:21-cv-01055-JGC

              Plaintiff

         v.

                                       **ORDER**

Commissioner of Social Security

                        Defendant

      This is an appeal from the denial of Social Security benefits. I referred the petition to the Magistrate Judge for filing of a Report and Recommendation, which the Magistrate Judge has filed (Doc. 16). In the Report and Recommendation Magistrate Judge Thomas M. Parker recommended that I remand the case to the Commissioner of Social Security for further proceedings. The Commissioner indicates (Doc. 17) it will not be filing an objection to the Report and Recommendation.

      On *de novo* review, I find the Report and Recommendation well-taken in all respects.

      Accordingly, it is hereby

      **ORDERED THAT** the Magistrate Judge's Report and Recommendation (Doc. 16) be, and the same hereby is, adopted as the order of this court, and this matter is remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation. The Clerk shall mark this matter closed .

      So ordered.

                                   /s/ James G. Carr
                                   Sr. U.S. District Judge